UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMIE ROCHA<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: 1:21-cv-00535-GSA<br><br>**ORDER GRANTING DEFENDANT EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. 22) |

    Defendant moves for an unopposed 2-day extension of time from August 22, 2022 to August 24, 2022 to file a response to Plaintiff's motion for summary judgment due to family obligations.

    Good cause appearing, it is **ORDERED** that Defendant's motion (Doc 22.) is **GRANTED** and Defendant's response deadline is extended to and including August 24, 2022. All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

    Dated: __August 23, 2022__          __/s/ Gary S. Austin__
                                                    UNITED STATES MAGISTRATE JUDGE